IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN THE STATE OF FLORIDA IN AND FOR HILLSBOROUGH COUNTY
CIVIL DIVISION

REGINALD COTTON AND LINDA L COTTON,

    Plaintiffs,

vs.

Case No: 09 29165
Division: G

METROPOLITAN PROPERTY AND CASUALTY
INSURANCE COMPANY,
    a foreign corporation,
    Defendant,

---

## COMPLAINT AND DEMAND FOR JURY TRIAL

The Plaintiffs, REGINALD COTTON and LINDA L COTTON, by and through their undersigned Attorney, files their Complaint against the Defendant, METROPOLITIAN AND CASUALTY INSURANCE COMPANY, and alleges:

1.     This is an action for damages in excess of $15,000.00.

2.     The Plaintiffs, at all times material hereto, were and are residents of Hillsborough County, Florida.

3.     The Defendant, METROPOLITIAN AND CASUALTY INSURANCE COMPANY, hereinafter referred to as "METLIFE", was at all times material hereto a foreign corporation with its principal place of business in Warwick, RI authorized to do business in the State of Florida and was doing business in Hillsborough County, Florida.

4.     At all times material to this action, METLIFE, issued to Plaintiffs a policy of insurance which was in full force and effect at all material times, policy number 8651333070, which

provided coverage for, among other things, loss by sinkhole activity to Plaintiff's home located at 5711 N. 47th Street, Tampa, Florida 33610. Attached hereto as Exhibit "A" is a copy of the subject insurance policy.

5. The subject policy provides coverage for loss due to sinkhole activity as follows:

## SINKHOLE COVERAGE ENDORSEMENT

1. Under GENERAL DEFINITIONS, the following definitions are added:

   "SINKHOLE" means a landform created by subsidence of soil, sediment, or rock as underlying strata are dissolved by ground water. A sinkhole may form by collapse into subterranean voids created by dissolution of limestone or dolostone or by subsidence as these strata are dissolved.

   "SINKHOLE LOSS" means structural damage to the building, including the foundation, caused by sinkhole activity. Contents coverage shall apply only if there is structural damage to the building caused by sinkhole activity.

   "SINKHOLE ACTIVITY" means settlement or systematic weakening of the earth supporting such property only when such settlement or systematic weakening results from movement or raveling of soils, sediments, or rock materials into subterranean voids caused by the effect of water on a limestone or similar rock formation.

2. Under SECTION I – LOSSES WE COVER, the following is added:

   We cover direct physical loss to the property covered under Section I caused by sinkhole activity.

3. Under SECTION I – LOSSES WE DO NOT COVER, the Earth Movement exclusion does not apply to sinkhole activity.

6. On or about April 3, 2008, Plaintiff submitted a claim for damages to the subject residence due to sinkhole activity to METLIFE reporting the date of loss as 2004 indicating that it when Plaintiffs first noticed damage but did not become concerned the damage was due to sinkhole activity until the claim was submitted.

7. In response to the claim, METLIFE retained HSA ENGINEERS & SCIENTISTS who performed a geotechnical investigation and issued a report regarding the subject residence dated January 6, 2009 concluding that the damage to the subject residence was not due to sinkhole activity.

8. Based on this report, METLIFE denied the claim by letter dated January 29, 2009. A copy of this letter is attached hereto as Exhibit "B" and is incorporated by reference herein.

9. Plaintiffs by and through counsel, then retained the services of Florida Testing & Environmental, Inc. to perform a geotechnical investigation at the subject property and determine if sinkhole activity was the cause of the damage at the subject residence.

10. Florida Testing & Environmental, Inc. issued a report concluding that the damage to the subject residence was in fact sinkhole activity and recommended that a combination of underpinning and grouting be performed to properly remediate the damage with the estimated cost of such a repair totaling $139,150.00 plus 5% contingency.

11. Because METLIFE denied the claim when in fact the damage to the subject residence was caused by a covered peril, sinkhole activity, METLIFE is in material breach of the subject contract of insurance.

12. Plaintiffs have suffered damage to their residence as a result of sinkhole activity and as a result Plaintiffs will incur substantial costs to stabilize and repair or replace the subject building.

13. As a result of the damages to Plaintiffs' residence caused by sinkhole activity,

Plaintiffs will incur additional costs for debris removal, replacement of trees and shrubs, increased cost of repair due to ordinance and law requirements, additional living expenses and the cost to remove, store and reset Plaintiffs' contents during repair or replacement, all of which are covered by the subject policy.

14. All conditions precedent to recovery under the insurance policy have been performed by the Plaintiffs and/or his representatives or waived by the Defendant.

15. Because of Defendant's breach of the subject insurance policy, Plaintiffs have had to retain the services of the undersigned attorney and have become obligated to pay the undersigned attorney a reasonable fee.

WHEREFORE, the Plaintiffs, REGINALD COTTON and LINDA L COTTON, demands judgment for damages, including but not limited to damages to repair and restore the property, damages to trees and shrub, damages for the cost of increased ordinance or law requirements, damages for debris removal, damages for additional living expenses and damages to remove, store and reset Plaintiffs' contents, together with interest, costs and reasonable attorney's fees, pursuant to Section 627.428, Florida Statutes, together with such other and further relief which this Honorable Court may deem proper and demands trial by jury on all issues so triable by jury.

Ronald S. Haynes, Esquire
Ronald S. Haynes, P.A.
Florida Bar No. 0153052
420 W. Brandon Blvd., Suite 203
Brandon, Florida 33511
Telephone:   813/653-0330
Facsimile:    813/653-0335
Attorney for Plaintiffs



| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

| Previous on List | Next on List | Return To List | | Entity Name Search |
| Events | Name History | | | Submit |

# Detail by Entity Name

## Foreign Profit Corporation

METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY

## Filing Information

| | |
|---|---|
| Document Number | 836890 |
| FEI/EIN Number | 132725441 |
| Date Filed | 08/19/1976 |
| State | RI |
| Status | ACTIVE |
| Last Event | REINSTATEMENT |
| Event Date Filed | 10/21/2004 |
| Event Effective Date | NONE |

## Principal Address

700 QUAKER LANE
WARWICK RI 02886-6669

Changed 05/21/2002

## Mailing Address

700 QUAKER LANE-AREA 3D
P O BOX 350
WARWICK RI 02887

Changed 04/08/2009

## Registered Agent Name & Address

CHIEF FINANCIAL OFFICER
P O BOX 6200 (32314-6200)
200 E. GAINES ST
TALLAHASSEE FL 32399-0000 US

Name Changed: 03/17/2003

Address Changed: 03/17/2003

## Officer/Director Detail

**Name & Address**

Title C

WEBER, LISA M
1095 AVENUE OF THE AMERICAS
NEW YORK NY 10036

Title T

STEIGERWALT, ERIC T                                **EXHIBIT "B"**

www.sunbiz.org - Department of State
Case 8:09-cv-02637-RAL-TBM    Document 2    Filed 12/30/2009    Page 6 of 7
Page 2 of 3

1095 AVENUE OF THE AMERICAS
NEW YORK NY 10036

Title PD

MOORE, WILLIAM D
700 QUAKER LANE
WARWICK RI 02886

Title D

MULLANEY, WILLIAM J
1095 AVENUE OF THE AMERICAS
NEW YORK NY 10036

Title SRV

PAUL, LONNEMANN A
700 QUAKER LANE
WARWICK RI 02886

Title S

TRAVERS, MAURA C
700 QUAKER LANE
WARWICK RI 02886

## Annual Reports

| Report Year | Filed Date |
|---|---|
| 2007 | 04/13/2007 |
| 2008 | 04/16/2008 |
| 2009 | 04/08/2009 |

## Document Images

| Date / Type | |
|---|---|
| 04/08/2009 -- ANNUAL REPORT | View image in PDF format |
| 04/16/2008 -- ANNUAL REPORT | View image in PDF format |
| 04/13/2007 -- ANNUAL REPORT | View image in PDF format |
| 04/17/2006 -- ANNUAL REPORT | View image in PDF format |
| 04/15/2005 -- ANNUAL REPORT | View image in PDF format |
| 10/21/2004 -- REINSTATEMENT | View image in PDF format |
| 06/25/2003 -- ANNUAL REPORT | View image in PDF format |
| 05/21/2002 -- ANNUAL REPORT | View image in PDF format |
| 05/03/2001 -- ANNUAL REPORT | View image in PDF format |
| 05/26/2000 -- ANNUAL REPORT | View image in PDF format |
| 04/28/1999 -- ANNUAL REPORT | View image in PDF format |
| 04/23/1998 -- ANNUAL REPORT | View image in PDF format |
| 05/01/1997 -- ANNUAL REPORT | View image in PDF format |
| 05/01/1996 -- ANNUAL REPORT | View image in PDF format |
| 05/01/1995 -- ANNUAL REPORT | View image in PDF format |

Note: This is not official record. See documents if question or conflict.

Previous on List    Next on List    Return To List    Entity Name Search

Events    Name History

| Home | Contact us | Document Searches | E-Filing Services | Forms | Help |

Copyright and Privacy Policies
Copyright © 2007 State of Florida, Department of State.